No. 89–1181.  BURLINGTON NORTHERN RAILROAD COMPANY EMPLOYEES v. MONTANA DEPARTMENT OF REVENUE ET AL.

Sup. Ct. Mont. Certiorari denied.